OPINION — AG — THE STATE BOARD OF PHARMACY DOES NOT HAVE THE LEGAL RIGHT TO ORDER A RE EXAMINATION OF ANY PERSON HOLDING AN ASSISTANT PHARMACIST LICENSE OR A REGISTERED PHARMACIST LICENSE; HOWEVER, THE BOARD, UPON NOTICE AND HEARING, DOES HAVE THE AUTHORITY TO REVOKE OR SUSPEND A LICENSE SHOWING THAT THE PARTICULAR LICENSEE WAS GUILTY OF CHEATING ON AN EXAMINATION. CITE: 59 O.S. 1961 353.1 [59-353.1], 59 O.S. 335 [59-335], 59 O.S. 1961 353.9 [59-353.9], OPINION NO. 66-153 (JOSEPH MUSKRAT)